**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ZHAOXING LI,**<br>**Petitioner,** | §<br>§<br>§ | |
| **v.** | § | **EP-26-CV-02058-DB** |
| **TODD BLANCHE**, *Acting Attorney General of the United States of America*, *et al.*,<br>**Respondents.** | §<br>§<br>§<br>§<br>§ | |

**ORDER**

On this day, the Court considered the above-captioned case. On August 31, 2026, the Parties filed a "Joint Notice to the Court," ECF No. 6. Therein, the Parties advise they conferred regarding outstanding issues and Petitioner's Counsel indicated that "they intend to file a motion to challenge the bond proceedings on due process grounds." ECF No. 6 at 1.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner **SHALL FILE** any motions regarding outstanding issues **no later than September 11, 2026.**[1]

**IT IS FURTHER ORDERED** that Respondents **SHALL FILE** a response **no later than September 18, 2026.**

**IT IS FURTHER ORDERED** that should Petitioner wish to file a reply, Petitioner shall file a reply **no later than September 22, 2026.**

[1] The parties are advised that if any of the deadlines ordered herein fall on a Saturday, Sunday, or legal holiday, the compliance period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

**IT IS FINALLY ORDERED** that should the Court not receive any motions or notices by September 11, 2026, the Parties are **ADVISED** the Court will issue a final judgment in this matter.

**SIGNED** this **4th** day of **September 2026.**

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**